UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**National Parks Conservation Association**

**Plaintiff**

Case No.: 1:21-cv-00171-EGS

vs.

**Department of the Interior, et al.**

**Defendant(s)**

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Mark A. Russell, Jr., a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons in a Civil Action; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Administrative Procedure Act with Exhibits; Civil Cover Sheet; Standing Order Governing Civil Case Before Judge Emmet G. Sullivan; Defenant's Statement of Material Facts as to Which There is no Genuine Issue, Defendant's Reply to Counter-Statement of Material Facts as to Which There is a Genuine Issue

SERVE TO: National Park Service

SERVICE ADDRESS: 1849 C Street, NW, Washington, DC 20240

METHOD OF SERVICE: By mailing the documents listed herein to National Park Service at 1849 C Street, NW, Washington, DC 20240 on 01/27/2021 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7019 1120 0001 3834 1638. Service was signed for on 02/05/2021, return receipt attached.

I declare under penalty of perjury that this information is true.

03/05/2021
Executed On

Mark A. Russell, Jr.

Client Ref Number: 0090870.00035
Job #: 1585918

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Kelly Fox* ☒ Agent ☐ Addressee<br>B. Received by (Printed Name): Kelly Fox   C. Date of Delivery: 2/5/21 |
| 1. Article Addressed to:<br>National Park Service<br>1849 C Street, NW<br>Washington, DC 20240 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 5960 0062 2300 21 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7019 1120 0001 3834 1638 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION <br><br> *Plaintiff(s)* <br> v. <br> DEPARTMENT OF THE INTERIOR, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:21-cv-171-EGS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NATIONAL PARK SERVICE
849 C Street NW
Washington DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jonathan Martel (Jonathan.Martel@arnoldporter.com)
601 Massachusetts Ave. NW
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 1/21/2021              /s/ Anson Hopkins
                             *Signature of Clerk or Deputy Clerk*