IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | ) ) ) | 1:21-cv-00171-ACR |
| Defendants. | ) ) ) | |
| SOUTHERN UTAH WILDERNESS ALLIANCE | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | ) ) ) | 1:23-cv-00693-ACR |
| Defendants. | ) ) | |

**Federal Defendants' Response to the Court's June 20 Order Regarding Mediation**

On June 20, 2023, the Court ordered the parties to show cause why it should not order the parties to engage in joint private mediation. Federal Defendants respectfully provide the following response.

1. Federal Defendants do not oppose mediation administered by the United States District Court Mediation Program under Local Rule 84. Federal Defendants also do not oppose private mediation. However, Federal Defendants object to any mediation costs, or attorneys' fees incurred related to mediation, being included in any potential award under 28 U.S.C. § 2412(d).

1

2. Federal Defendants request that the parties be afforded a period of at least 60 days to attempt to resolve some or all of the issues in these consolidated cases before the parties begin any potential mediation.

Respectfully submitted this 5th day of July, 2023,

        TODD KIM
        ASSISTANT ATTORNEY GENERAL

        */s/ Mark J. Widerschein*
        Mark J. Widerschein (Ohio Bar No. 100162)
        Trial Attorney
        U.S. Department of Justice
        Environment and Natural Resources Division
        Natural Resources Section
        150 M St. NE
        Washington, D.C.
        Tel: (202) 532-5803
        E-mail: mark.widerschein@usdoj.gov

        Jeffrey N. Candrian (CO Bar No. 43839)
        Trial Attorney
        U.S. Department of Justice
        Environment and Natural Resources Division
        Natural Resources Section
        999 18th Street, South Terrace, Suite 370
        Denver, CO 80202
        Tel: (303) 844-1382
        E-mail: jeffrey.candrian@usdoj.gov

        *Counsel for Federal Defendants*