# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>*Defendants*. | Case No. 1:21-cv-00171 (ACR) |
| SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>*Plaintiff*,<br><br>v.<br><br>NATIONAL PARK SERVICE, *et al.*,<br><br>*Defendants*. | Case No. 1:23-cv-00693 (ACR) |

## ORDER

Upon consideration of the Parties' Joint Motion to Dismiss Litigation and Request for Court to Retain Jurisdiction Solely to Enforce National Park Service's Commitment to Publish a Revised Rule, Dkt. 83, filed on April 9, 2024, it is hereby **ORDERED** that Case Nos. 1:21-cv-00171 and 1:23-cv-00693 are dismissed with prejudice, except that dismissal shall be without prejudice only as to potential future challenges regarding the Lone Rock Beach Play Area, as set forth in Paragraph 9.B of the Parties' Settlement Agreement, attached as Exhibit A to the Parties' Joint Motion.

It is further **ORDERED** that the Court will retain jurisdiction solely to enforce the National Park Service's commitment to publish a Revised Rule, pursuant to Paragraph 6 of the Parties' Settlement Agreement.

**SO ORDERED.**

Date: April 10, 2024

_____
ANA C. REYES
United States District Judge